IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:11-CV-40-D

| | | |
|---|---|---|
| JUDITH A. TREADWELL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | **ORDER** |
| WRENN TREVARTHEN, et al., | ) | |
| | ) | |
| Defendants. | ) | |

On July 21, 2011, plaintiff's counsel informed the clerk that this action was settled at mediation and that plaintiff will file a voluntary dismissal. In light of settlement, defendant's motion to dismiss [D.E. 8] is denied as MOOT.

SO ORDERED. This _3_ day of August 2011.

JAMES C. DEVER III
United States District Judge